UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DERRICK BLAND,
                    Plaintiff,

-v-

RAINBOW STATION 7 INC., *et al.*,
                    Defendants.

24-CV-1442 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Defendants Rainbow Station 7 Inc. and Indika Subeappu Kankanamalage were served on April 11, 2024, and Defendant Chelsea 7 Corporation was served on April 24, 2024. However, no appearance has been entered on any Defendant's behalf, and no responses to the complaint have been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by June 21, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: June 7, 2024
       New York, New York

                                                    J. PAUL OETKEN
                                              United States District Judge