UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

DERRICK BLAND,

                Plaintiff,

    v.

RAINBOW STATION 7 INC. d/b/a RAINBOW STATION; CHELSEA 7 CORPORATION d/b/a SEXY BOUTIQUE; & INDIKA SUBEAPPU KANKANAMALAGE,

                Defendants.

------------------------------------

Index No.: 1:24-cv-01442-JPO

**DEFAULT JUDGMENT**

      This action having been commenced on February 26, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on Defendant Rainbow Station 7 Inc. d/b/a Rainbow Station ("Defendant Rainbow Station") on April 11, 2024 by delivering to and leaving the documents with an individual who stated they were authorized to accept service on behalf of Defendant Rainbow Station, and a proof of service upon Defendant Rainbow Station having been filed on April 16, 2024, and a copy of the Summons and Complaint having been served on Defendant Indika Subeappu Kankanamalage ("Defendant Kankanamalage") on April 12, 2024 by leaving a copy of the documents at Defendant Kankanamalage's actual place of business and mailing a copy of the documents to Defendant Kankanamalage in a First Class postpaid properly addressed envelope to his actual place of business, and a proof of service upon Defendant Kankanamalage having been filed on April 16, 2024, and a copy of the Summons and Complaint having been served on Defendant Chelsea 7 Corporation d/b/a Sexy Boutique ("Defendant Sexy Boutique") on April 24, 2024 by delivering to and leaving a copy of the documents with an authorized agent in the Office of the Secretary of

State of the State of New York, and a proof of service upon Defendant Sexy Boutique having been filed on April 29, 2024, Defendants Rainbow Station, Kankanamalage, and Sexy Boutique (collectively, "Defendants") not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against Defendants in the liquidated amount of $257,375.20, with 9% pre-judgment interest upon Plaintiff's New York Labor Law damages of $123,687.00 from August 4, 2022, in the amount of $_____, post-judgment interest as determined by law, attorneys' fees in the amount of $8,851.06, and costs in the amount of $736.66.

Dated: New York, New York
      December 13, 2024

_____
J. PAUL OETKEN
United States District Judge

This document was entered on the docket on _____.